AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LOKEN, JAMES B | EIGHTH CIRCUIT | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CIRCUIT JUDGE (Active) | ☐ Nomination, Date<br>☐ Initial   ☒ Annual   ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse, Suite 11W<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Past President | Federal Bar Association, Minnesota Chapter |
| 2. Member | American Law Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10: 22 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Pace University Law School | Judge, Feb. 25, 2006, Pace National Environmental Law Moot Court Competition (Transportation, Meals, Room) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS (All Common) | | | | | | | | | |
| 2. Allstate Corp. | A | Dividend | K | T | | | | | |
| 3. Verizon Communications | A | Dividend | J | T | | | | | |
| 4. Idearc | | None | J | T | Spinoff | 11/17 | J | | Spinoff by Verizon |
| 5. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 6. Zimmer Holdings, Inc. | | None | J | T | | | | | |
| 7. Target Corp | A | Dividend | L | T | | | | | |
| 8. Emerson Electric | C | Dividend | M | T | | | | | |
| 9. Exxon Corp. | A | Dividend | K | T | | | | | |
| 10. Wachovia Corp. | C | Dividend | M | T | | | | | |
| 11. Gabelli Equity Trust | D | Dividend | M | T | | | | | |
| 12. Gabelli Global Multimedia Trust | A | Dividend | J | T | | | | | |
| 13. Gabelli Utility Trust | B | Dividend | K | T | | | | | |
| 14. General Motors | A | Dividend | J | T | | | | | |
| 15. IBM | B | Dividend | L | T | | | | | |
| 16. XCel Energy, Inc. | C | Dividend | L | T | | | | | |
| 17. CenterPoint Energy, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T Inc. (formerly SBC Communications) | B | Dividend | K | T | | | | | |
| 19. Pactiv Corp. | | None | J | T | | | | | |
| 20. TXU (Texas Utilities) | A | Dividend | K | T | | | | | |
| 21. ASM International | | None | | | Sell | 8/1 | J | C | |
| 22. Consol. Delivery & Logistics | | None | | | Sell | 9/11 | J | | |
| 23. Cypress Semicond. Corp. | | None | K | T | | | | | |
| 24. FSI International, Inc. | | | | | Part Sell | 8/1 | J | C | |
| 25. FSI International, Inc. | | None | K | T | Part Sell | 11/30 | K | C | |
| 26. Digi International | | None | J | T | | | | | |
| 27. LSI Logic Corp. | | | | | Part Sell | 3/27 | K | D | |
| 28. LSI Logic Corp. | | | | | Part Sell | 4/27 | J | B | |
| 29. LSI Logic Corp. | | None | | | Sell | 8/1 | J | B | |
| 30. Hewlett-Packard Co. | A | Dividend | | | Sell | 9/7 | K | E | |
| 31. Communications Systems | A | Dividend | K | T | | | | | |
| 32. Nektar Therapeutics | | None | J | T | | | | | |
| 33. Vishay Intertechnology | | None | J | T | Part Sell | 12/29 | J | | |
| 34. ADC Telecommunications | | | | | Buy | 6/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ADC Telecommunications | | None | L | T | Buy | 11/30 | J | | |
| 36. Amkor Technology | | | | | Buy | 1/25 | J | | |
| 37. Amkor Technology | | None | K | T | Part Sell | 11/30 | K | B | |
| 38. Conexant Systems | | None | J | T | | | | | |
| 39. Atmel Corp. | | None | | | Sell | 8/1 | J | B | |
| 40. Select Comfort Corp. | | | | | Part Sell | 2/6 | J | D | |
| 41. Select Comfort Corp. | | None | K | T | Buy | 9/7 | K | | |
| 42. Nokia Corp. | A | Dividend | J | T | | | | | |
| 43. Oracle Corp. | | None | K | T | | | | | |
| 44. Skyworks Solutions, Inc. | | | | | Buy | 6/21 | J | | |
| 45. Skyworks Solutions, Inc. | | None | K | T | Part Sell | 12/29 | J | A | |
| 46. Synovis Life Technologies, Inc. | | None | K | T | Buy | 11/20 | J | | |
| 47. Cyberoptics Corp. | | | | | Buy | 1/25 | J | | |
| 48. Cyberoptics Corp. | | None | K | T | Buy | 12/29 | J | | |
| 49. Seagate Technology | | None | | | Sell | 1/25 | J | B | |
| 50. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 51. Mesa Air Group, Inc. | | None | | | Sell | 6/21 | J | C | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. August Technology Inc. | | | | | Buy | 1/25 | J | | |
| 53. August Technology Inc. | | None | | | Sell | 2/28 | J | A | Plus exchange for Rudolph |
| 54. Rudolph Technology | | None | J | T | Exchange | 2/28 | J | | For August stock |
| 55. Intrawest | | | | | Buy | 2/2 | J | | |
| 56. Intrawest | A | Dividend | | | Sell | 6/21 | J | A | |
| 57. Aetrium Inc. | | None | J | T | Buy | 3/27 | J | | |
| 58. Dow Chemical | A | Dividend | J | T | Buy | 3/27 | J | | |
| 59. Cemex S.A. | | | | | Buy | 4/20 | J | | |
| 60. Cemex S.A. | A | Dividend | J | T | Buy | 6/21 | J | | |
| 61. Chesapeake Energy | A | Dividend | J | T | Buy | 8/1 | K | | |
| 62. Valero Energy | | | | | Buy | 8/1 | K | | |
| 63. Valero Energy | A | Dividend | K | T | Buy | 11/30 | J | | |
| 64. Metro Health Network | | | | | Buy | 11/30 | J | | |
| 65. Metro Health Network | | None | J | T | Buy | 12/29 | J | | |
| 66. Boston Scientific Corp | | None | J | T | Buy | 12/29 | | | |
| 67. MUTUAL FUNDS | | | | | | | | | |
| 68. Columbia Acorn Fund | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Equity Income Fund II | D | Dividend | L | T | | | | | |
| 70. Fidelity Mn. Tax Free Fund | B | Dividend | L | T | | | | | |
| 71. Fidelity Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 72. Fidelity Japan Fund | A | Dividend | J | T | | | | | |
| 73. Fidelity Spartan Muni Income Fund | D | Dividend | N | T | | | | | |
| 74. Fidelity Real Estate Fund | D | Dividend | N | T | Gift | 12/11 | N | | |
| 75. Harbor International Fund | D | Dividend | M | T | | | | | |
| 76. Investment Co Amer Fund | D | Dividend | M | T | | | | | |
| 77. Mutual Beacon Fund | E | Dividend | N | T | | | | | |
| 78. New Perspective Fund | C | Dividend | L | T | | | | | |
| 79. Oppenheimer Capital Inc Fund | D | Dividend | M | T | | | | | |
| 80. Oppenheimer Strategic Income | D | Dividend | M | T | | | | | |
| 81. Vanguard Fixed Inc Fund S-T | C | Dividend | L | T | | | | | |
| 82. Vanguard Fixed Inc Fund GNMA | D | Dividend | M | T | | | | | |
| 83. Washington Mutual Fund | D | Dividend | M | T | | | | | |
| 84. Vanguard Windsor Fund | D | Dividend | L | T | | | | | |
| 85. Vanguard Hi-Yield Corp. Fund | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Prime MM Fund | B | Dividend | K | T | | | | | |
| 87. Vanguard Short Term Corp. Fund | A | Dividend | K | T | | | | | |
| 88. Vanguard Long Term Tax Exempt Fund | B | Dividend | K | T | | | | | |
| 89. Vanguard Wellington Fund | C | Dividend | K | T | | | | | |
| 90. Vanguard Capital Value Fund | C | Dividend | K | T | | | | | |
| 91. Artisan International Fund | D | Dividend | M | T | | | | | |
| 92. Leuthold Core Inv. Fund | D | Dividend | N | T | | | | | |
| 93. Selected American Shares Fund | B | Dividend | M | T | | | | | |
| 94. Amer Century Equity Fund | D | Dividend | M | T | | | | | |
| 95. Chase Growth Fund | C | Dividend | L | T | | | | | |
| 96. Dreyfus Minn Muni Fund | B | Dividend | K | T | | | | | |
| 97. Icon Health Care Fund | C | Dividend | L | T | | | | | |
| 98. Matthews Pacific Tiger Fund | B | Dividend | L | T | | | | | |
| 99. Muhlenkamp Fund | A | Dividend | M | T | | | | | |
| 100. MISC. | | | | | | | | | |
| 101. Wells Fargo Bank IRA | A | Dividend | J | T | | | | | |
| 102. F&B Building Partnership | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Variable Annuity Plan | | None | M | T | | | | | |
| 104. Tamarack Investment Tax Free Fund | A | Dividend | J | T | | | | | |
| 105. Schwab Advance Cash Reserve Fund | A | Dividend | J | T | | | | | |
| 106. Wells Fargo Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| LOKEN, JAMES B | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

May 15, 2007

Signature _____ Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544